DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERTO CARDONA-ORTEGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07-mj-0220 EFB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | PRELIMINARY EXAMINATION FOR |
| v. ) | DEFENDANT ROBERTO CARDONA-ORTEGA |
| ) | |
| ROBERTO CARDONA-ORTEGA, ) | Date: August 10, 2007 |
| ) | Time: 2:00 p.m. |
| Defendant. ) | Judge: HON. Dale A. Drozd |
| ) | |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED between the parties, Kyle Reardon, Assistant United States Attorney, attorney for plaintiff and Mary M. French, Supervising Assistant Federal Defendant, attorney for defendant ROBERTO CARDONA-ORTEGA, that the preliminary examination, currently set for August 3, 2007, be continued until August 10, 2007, at 2:00 p.m. in front of the Honorable Dale A. Drozd.  This continuance is being requested because the parties are working on a pre-indictment plea agreement and defense counsel will be out of town on August 3, 2007.

By this continuance, the defendant ROBERTO CARDONA-ORTEGA hereby waives his right to have his preliminary examination held within ten (10) days from the date of his initial appearance.

|   |   |
|---|---|
| Dated: August 1, 2007 | Respectfully submitted,<br><br>DANIEL J. BRODERICK<br>Federal Defender<br><br>/s/ Mary M. French<br>_____<br>MARY M. FRENCH<br>Supervising Assistant<br>Federal Defender<br>Attorney for Defendant<br>ROBERTO CARDONA-ORTEGA |
| Dated: August 1, 2007 | MCGREGOR W. SCOTT<br>United States Attorney<br><br>/s/ Mary M. French for<br>_____<br>KYLE REARDON<br>Assistant U.S. Attorney<br>per telephonic authority |

**O R D E R**

IT IS SO ORDERED.

DATED: August 1, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/cardona-ortega0220.stipord

Stip & Order                           2